

# Fourth Court of Appeals
## San Antonio, Texas

July 29, 2014

No. 04-13-00769-CR

Juan Boaerge **RIVERA**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the Criminal District Court 4, Tarrant County, Texas
Trial Court No. 1197727D
The Honorable Michael Thomas, Judge Presiding

# O R D E R

Sitting:      Catherine Stone, Chief Justice
                Sandee Brian Marion, Justice
                Marialyn Barnard, Justice

The panel has considered the Appellant's Motion for Rehearing and the motion is DENIED.

**PER CURIAM**

ATTESTED TO: _____
                Keith E. Hottle, Clerk
                Clerk of Court